**Benjamin Greenberg, trading as Benjamin Greenberg & Company, appellant, v. Charles F. Murphy Company, appellee. Gen. No. 25,609.**

Action to recover for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of facts and judgment here. Opinion filed November 30, 1920.

Darrow, Sissman, Popham & Carlin, for appellant. John T. Evans, for appellee.

Mr. Justice Matchett delivered the opinion of the court.